# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARK LEE BLACK,

                Plaintiff,

    v.

C/O J. BARAJAS, et al.,

                Defendants.

_____/

CASE NO. 1:11-cv-00813-SKO PC

ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE, AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS

(Doc. 1)

       Plaintiff Mark Lee Black, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 19, 2011. Plaintiff's complaint is unsigned. The Court cannot consider unsigned filings and therefore, it is HEREBY ORDERED that:

    1.      The complaint is STRICKEN from the record for lack of signature;

    2.      The Clerk's Office shall send Plaintiff a complaint form;

    3.      Plaintiff shall file a signed complaint within **thirty (30) days** from the date of service of this order; and

    4.      If Plaintiff fails to file a complaint within thirty days, this action will be dismissed for failure to obey a court order.

IT IS SO ORDERED.

**Dated:**   __May 20, 2011__            __/s/ Sheila K. Oberto__
                                 UNITED STATES MAGISTRATE JUDGE